**EXHIBIT A**

# LOW COST
# LIFE INSURANCE RATES!

*Rates quoted are monthly and are preferred 10 year level term plans. Other insurance amounts available
Carriers rated A or better by AM Best. You may qualify for a lower rate!*

|  | Female | Rates |  |  |  | Male | Rates |  |  |
|---|---|---|---|---|---|---|---|---|---|
| Age | $100,000 | $250,000 | $500,000 | $1,000,000 | Age | $100,000 | $250,000 | $500,000 | $1,000,000 |
| 35 | $10 | $11 | $16 | $24 | 35 | $11 | $12 | $18 | $28 |
| 40 | $11 | $12 | $19 | $31 | 40 | $12 | $14 | $22 | $32 |
| 45 | $14 | $19 | $31 | $55 | 45 | $15 | $20 | $34 | $56 |
| 50 | $20 | $26 | $45 | $76 | 50 | $23 | $30 | $53 | $89 |
| 55 | $27 | $34 | $61 | $112 | 55 | $34 | $45 | $83 | $151 |
| 60 | $36 | $46 | $86 | $158 | 60 | $51 | $69 | $131 | $243 |
| 65 | $57 | $74 | $142 | $254 | 65 | $84 | $117 | $229 | $424 |
| 70 | $104 | $171 | $336 | $537 | 70 | $142 | $224 | $441 | $816 |
| 75 | $205 | $413 | $821 | $1,441 | 75 | $249 | $432 | $858 | $1,586 |

*Longer term periods and permanent insurance available   Great Smoker rates available
Ask about return of Premium at the end of term period
For a personalized quote, complete the information below and*

## FOR A FREE QUOTE PLEASE FAX THIS FORM TO:
# (713) 554-9683

You will be contacted by a licensed insurance broker

Name_____ M/F ____ Date of Birth: _____ Tobacco Use: Y  N

Spouse/Partner_____ M/F ____ Date of Birth _____ Tobacco Use: Y  N

Address_____ City_____

State_____ Zip Code _____ E-mail_____

Home Phone _____ Cell Phone_____

Work Phone_____ Fax _____ Best time to call_____

Insurance Desired $_____   Amount Spouse/Partner $_____

Term: 10 yrs___ 15 yrs___ 20 yrs___ 30 yrs___ Permanent___ Height____ Weight____ Spouse Height____ Weight____

Health: Excellent___ Good___ Average___ Poor___ Comments_____

Do you have an IRA? Yes  No   Do you have an annuity? Yes  No   Do you have a 401K/403B? Yes  No

I understand this form is an inquiry and does not result in instant approval for life insurance. All correspondence I receive about this inquiry (including this fax) has my full and complete authorization.

Signature _____ Date _____

To unsubscribe, please FAX your request to
1958        Our **PAPERLESS** Fax Computer: 206-350-3403

5734311863