UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH)

CASE NO. 9:13-CV-80561-MIDDLEBROOKS/BRANNON

C-MART, INC., individually and as the
representative of a class of similarly
situated persons,

    Plaintiff(s),

v.

METROPOLITAN LIFE INSURANCE
COMPANY, STORICK GROUP CO.,
THE STORICK GROUP
CORPORATION., SCOTT R. STORICK
and JOHN DOES 1-10,

    Defendants.                              /

## DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S REQUEST FOR ORAL ARGUMENT ON CLASS CERTIFICATION MOTIONS

Defendant Metropolitan Life Insurance Company ("MetLife"), by and through its undersigned counsel, and pursuant to S.D. Florida Local Rule 7.1(b)(2), hereby requests oral argument on all pending motions related to class certification in this matter. Pending before the Court are (1) MetLife's Motion for Denial of Class Certification (DE 114), which was joined by the Storick Defendants (DE 118), and (2) Plaintiff C-Mart, Inc.'s Motion for Class Certification (DE 127).

MetLife's Motion affirmatively seeks denial of the nationwide class sought by Plaintiff C-Mart in its operative Complaint in this matter (DE 1). This nationwide class also is essentially identical to the class sought by Plaintiff's counsel, the Anderson + Wanca law firm ("Anderson + Wanca" or "A+W"), in the recently filed (November 26, 2013) class action complaint filed in the United States District Court for the Northern District of California styled *Richard Cadenasso v.*

*Metropolitan Life Insurance Company, Storick Group Co., the Storick Group Corporation, Scott R. Storick and John Does 1-10*, Case No. 4:13-cv-05491-KAW (N.D. Calif.) (the "Third TCPA Lawsuit").

MetLife's Motion to Deny Class Certification, coming after Anderson + Wanca pursued nationwide discovery for more than a year throughout this and a prior identical nationwide class action lawsuit filed by Anderson + Wanca against these same defendants (*Environmental Progress, Inc. v. Metropolitan Life Insurance, Storick Group Co., the Storick Group Corporation, Scott R. Storick and John Does 1-10,* Case No. 12-80907-DMM (S.D. Fla.) (the "First TCPA Lawsuit")), focuses on what truly is at issue here: A+W's ability (through whatever Plaintiff they put forth to front the lawsuit) to pursue nationwide class relief against Defendants for what Plaintiff has claimed are more than 20 million facsimiles sent nationwide between 2010 and 2012.[1]

Plaintiff C-Mart's Motion, filed after it reviewed MetLife's Motion (which showed the serious and insurmountable problems with certifying a nationwide class), purports now to seek certification only of a narrow class of Missouri residents who may have received a fax transmission during a one month period in 2012. In the meantime, A+W has also filed a new nationwide class action in the Northern District of California, together with a motion seeking certification of a nationwide class (with the exception of residents of Missouri).

MetLife respectfully submits that resolution of the Motions will facilitate resolution or simplification of this litigation and all other litigation related to the repetitive forum-shopping and discovery deadline evading class action lawsuits filed by Anderson + Wanca against these

---

[1] Other than the different identity of the named plaintiffs from Anderson + Wanca's stable of stand-by and sometimes repeat plaintiffs, the three TCPA lawsuits filed thus far essentially are identical, with the same named defendants, the same alleged conduct, and the same asserted cause of action based on the same underlying actions and faxes.

Defendants, and that oral argument will assist the Court in deciding the Motions. MetLife submits that a minimum of 1½ hours or oral argument would provide sufficient time for all parties to address all issues raised by the Motions.

        Respectfully submitted,

        By: <u>s/ Daniel T. Stabile</u>
            Frank Zacherl, Esq.
            Florida Bar No. 0868094
            fzacherl@shutts.com
            Jeffrey Landau, Esq.
            Florida Bar No. 863777
            Daniel Stabile, Esq.
            dstabile@shutts.com
            Florida Bar No. 0095750

            **SHUTTS & BOWEN LLP**
            1500 Miami Center
            201 S. Biscayne Boulevard
            Miami, Florida 33131
            (305) 347-7305 Telephone
            (305) 347-7307 Facsimile

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 12, 2013 the foregoing document is being served this day on all counsel of record identified below via CMECF.

Ryan Michael Kelly
rkelly@andersonwanca.com
Brian J. Wanca
bwanca@andersonwanca.com
David M. Oppenheim
doppenheim@andersonwanca.com
Anderson Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, Il 60008
Telephone: (847) 368-1500
Facsimile:  (847) 368-1501

*and*

Leslie Mitchell Kroeger
lkroeger@leopold-law.com
Leopold Law, P.A.
2925 PGA Boulevard
Telephone: (561) 515-1400
Facsimile:  (561) 515-1401

*Counsel for Plaintiff*

Howard W. Poznanski
howardwpoznanski@bellsouth.net
4800 N. Federal Highway
Suite 208A
Boca Raton, FL 34431
Telephone: (561) 417-9294
Facsimile:  (561) 417-9422

*Counsel for Storick Group Co.,*
*The Storick Group Corporation, and*
*Scott R. Storick*

      /s/ Daniel T. Stabile
      Of Counsel

MIADOCS 8531283 2