IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| C-MART, INC., a Missouri corporation, individually and as the representative of a class of similarly-situated persons,<br>　　　　　　Plaintiff,<br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, THE STORICK GROUP CORPORATION, STORICK GROUP CO., SCOTT R. STORICK and JOHN DOES 1-10,<br>　　　　　　Defendants. | No. 9:13-cv-80561-DMM<br><br>Hon. Donald M. Middlebrooks |

NOTICE OF PENDING CLASS ACTION
PLEASE READ THIS NOTICE CAREFULLY.  THIS IS <u>NOT</u> AN ATTEMPT TO COLLECT MONEY FROM YOU.  IT IS <u>NOT</u> A NOTICE OF A LAWSUIT AGAINST YOU.

TO:　　All persons in Missouri who were sent a facsimile during the period of August 7, 2012, through September 6, 2012, stating, "LOW COST LIFE INSURANCE RATES!," "FOR A FREE QUOTE PLEASE FAX THIS FORM TO: (713) 554-9683," and "To unsubscribe, please <u>FAX</u> your request to Our <u>PAPERLESS</u> Fax Computer: 206-350-3403"

A.　　<u>WHY ARE YOU RECEIVING THIS NOTICE?</u>

You are receiving this Notice because you may be a member of the Class (defined above).  This fax number was identified in discovery in the lawsuit.  This notice informs you about this pending lawsuit, that you may be a member of the Class, and that you have certain rights to participate in or exclude yourself from the lawsuit.  The sending of this notice is not an expression by the court of the merits of the case.  You are not a member of the class if you did not own this fax number from August 7, 2012 through September 6, 2012.

B.　　<u>WHAT IS THIS LAWSUIT ABOUT?</u>

In the lawsuit Plaintiff alleges that Metropolitan Life Insurance Company ("MetLife"), The Storick Group Corporation, Storick Group Co. and Scott R. Storick ("Storick") (all collectively "Defendants"), violated the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* by faxing advertisements to the members of the Class without their prior express invitation or permission.  Plaintiff seeks money damages for every Class member.  The Court certified the case as a class action so that the allegations about Defendants' alleged faxes can be resolved class-wide in this single lawsuit.  The Court's decision to certify the class as a class action did not decide any of the merits of the case.  Plaintiff contends that approximately 35,690 advertising faxes deemed in violation of 47 U.S.C. § 277 *et seq.* were successfully sent to persons in Missouri at the direction of Defendants.  Defendants deny the allegations and deny any liability to the Class.  Defendant MetLife claims that Storick acted outside the scope of his authority in sending the fax advertisements deemed in violation of 47 U.S.C. § 277 *et seq.* by violating numerous MetLife compliance policies that specifically prohibit the sending of unsolicited faxes, that require preapproval of the form, substance and method of advertisement materials and that address using an unapproved vendor.  This description of the case is general and does not cover all the issues or proceedings.

C.　　<u>WHO REPRESENTS THE CLASS?</u>

The Court appointed Plaintiff to be the class representative and appointed Plaintiff's attorneys to be Class Counsel.  Class Counsel is:

　　　　　　　　　　Ryan M. Kelly
　　　　　　　　　　ANDERSON + WANCA
　　　　　　　　　　3701 Algonquin Rd., Suite 760
　　　　　　　　　　Rolling Meadows, IL  60008

Class Counsel represents the entire class.  You also have the right to retain your own attorney at your own expense to assist you, but need not do so.  You have the right to attend any hearing in this matter.

D.     **WHAT ARE YOUR OPTIONS?**

If you are a class member, you can remain in the Class or exclude yourself from the Class.  Each choice has certain risks and consequences.  You can discuss your choice with Class Counsel or your own attorney.  The Court will exclude anybody who exercises his right to be excluded from the Class and this case.

   1.   **Do Nothing**.

   If you do nothing, you will remain a member of the Class.  You will lose your right to file your own separate lawsuit against Defendants about its alleged advertising faxes and you will be bound by the result of the lawsuit, whether that result is favorable or unfavorable.  If Plaintiff prevails or if the parties reach a settlement, you will be entitled to a recovery in the amount the Court finds fair and reasonable.  If Plaintiff prevails, you may receive up to $500.00 for each fax sent to you.  If the Court finds that Defendants violated the TCPA willfully or knowingly, the Court may, in its discretion, increase the amount of the award up to $1,500 for each violation.

   As a member of the Class, you will be represented by Class Counsel.  This representation is entirely contingent; that is, Class Counsel will only be paid if they are successful and you will not have to pay them anything if they are unsuccessful.  You will not have to pay any money as a result of staying in the Class, except that an incentive award to class plaintiff, attorneys' fees and expenses may be deducted from any recovery to the Class.  If you have not requested to be excluded from the class and should choose to file a separate appearance, you must do so on or before _____, 2014.

   2.   **Opt Out of the Class**.

   You have the right to exclude yourself from the class action by filing a written request for exclusion with the Clerk of the U.S. District Court for the Southern District of Florida, 701 Clematis Street, West Palm Beach, FL 33401.  If you exclude yourself from the Class, you will retain any claims you might have against Defendants, you will not be bound by any judgment or disposition of this case, and you will not share in any recovery, if any, awarded by the Court or provided in a settlement agreement.  Your request for exclusion must be filed on or before _____, 2014 and it must contain (1) the name of this case (C-Mart v. MetLife), (2) your name, address, and <u>fax number</u> and (3) a statement that you wish to be excluded (for example, "Exclude me from the C-Mart v. MetLife case."). You must also serve copies of the request for exclusion on the attorneys for the Plaintiff at the following address, filed and postmarked by the same date:

   > Ryan M. Kelly
   > ANDERSON + WANCA
   > MetLife opt out
   > 3701 Algonquin Road, Suite 760
   > Rolling Meadows, IL  60008

E.     **HOW DO I LEARN MORE ABOUT THE LAWSUIT?**

You can visit the office of the Clerk of the Circuit Court of U.S. District Court for the Southern District of Florida.  The Clerk will make the files relating to the lawsuit available to you for inspection and copying at your own expense.  If you have specific questions, you can write to Class Counsel.  You may also call attorney Ryan M. Kelly at 855-827-2329.

**Do not contact the Judge, the Judge's staff, or the Clerk of the Court because they cannot answer your questions or give you advice about this case**.

**BY ORDER OF THE COURT - THE HONORABLE DONALD M. MIDDLEBROOKS**

2