Plaintiff's Proposed Publication Notice
for the St. Louis Post-Dispatch and Kansas City Star

## Notice of Pending Class Action Lawsuit

TO:   All persons in Missouri who were sent a facsimile during the period of August 7, 2012, through September 6, 2012, stating, "LOW COST LIFE INSURANCE RATES!," "FOR A FREE QUOTE PLEASE FAX THIS FORM T0: (713) 554-9683," and "To unsubscribe, please FAX your request to Our PAPERLESS Fax Computer: 206-350-3403"

The United States District Court for the Southern District of Florida has certified the class of persons identified above in a lawsuit called *C-Mart, Inc. v. Metropolitan Life Insurance Company, The Storick Group Corporation, Storick Group Co., Scott R. Storick and John Does 1-10,* where the Plaintiff alleges the Defendants violated the federal Telephone Consumer Protection Act by sending advertising faxes throughout the State of Missouri.  An example of the fax is on the website identified below.  Defendants deny the allegations in the lawsuit.  The Court has not ruled on the merits of the claims or defenses.  **If you are a Class Member you will be bound by the result of the lawsuit, whether favorable or unfavorable, unless you exclude yourself from the lawsuit.  To do so, you must inform the parties and file an appropriate statement by _____, 2014 with the Clerk of the Court.**  For detailed instructions about excluding yourself and other information about the lawsuit and a searchable list of the fax numbers in this class, visit **www._____.com\*\*\* or call 855-827-2329.**


**\*\*\*Website address to be determined**