UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80561-CIV-MIDDLEBROOKS/BRANNON

C-MART, INC.,

    Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE
COMPANY, *et al.*,

    Defendants.
_____/

## ORDER ON AGREED MOTION TO DECERTIFY AND DISMISS

THIS CAUSE comes before the Court upon Plaintiff's Agreed Motion to Decertify and Dismiss Based on Global Illinois Settlement (DE 310) ("Motion"), filed on August 1, 2014. I have reviewed the Motion and the record in this case, and I am otherwise fully advised in the premises.

Based on the Parties agreement as to decertification, and noting that (1) notice of this action has not yet been issued to the class, and (2) a global settlement has been reached in an Illinois state court case which, if approved, would subsume the class claims in this case, the Court will grant the instant Motion and dismiss this case without prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Agreed Motion to Decertify and Dismiss Based on Global Illinois Settlement (DE 310) is **GRANTED** as follows:

1. The class certified on February 4, 2014 (DE 232) is **DECERTIFIED**;
2. This action is **DISMISSED WITHOUT PREJUDICE**;
3. All pending motions are **DENIED** as moot; and

1

4. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this ___7th___ day of August, 2014.

                                                          DONALD M. MIDDLEBROOKS
                                                          UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record